**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

orlando Division

**CIVIL RIGHTS COMPLAINT FORM**

NAY'lor scott
SPN #189115

(Enter full name of each Plaintiff and prison number, if applicable)

CASE NUMBER: 6:15-cv-1840-ORL-18KRS
(To be supplied by Clerk's Office)

v.

major John Schmidt
captain chuck Davis

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

FILED
2015 OCT 29 PM 2:45
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I. PLACE OF PRESENT CONFINEMENT: Leon county Jail
(Indicate the name and location)

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: **Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

III. PREVIOUS LAWSUITS:

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (√ )

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (√ ) No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

Plaintiff(s): Nay'lo Scott

Defendant(s): Lt Williams Office Pieus

2. Court (if federal court, name the district; if state court, name the county):

Leon

3. Docket Number: [illegible]

4. Name of judge: Forgot

5. Briefly describe the facts and basis of the lawsuit: unneccessary Force

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): dismissed

7. Approximate filing date: [illegible]

8. Approximate disposition date: Open

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: open

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: [illegible]

Mailing address: leon county Jail PO Box 2278

Tallahassee, Fl 32316-22

B. Additional Plaintiffs: 

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Major John Schmidt

Mailing Address: leon county Jail

Position: leon county's Jail director

Employed at: leon county Jail

D. Defendant: [illegible]

Mailing Address: leon county Jail

Position: [illegible]

Employed at: [illegible]

E. Defendant: ______________________

Mailing Address: ______________________

______________________

Position: ______________________

Employed at: ______________________

F. Defendant: ______________________

Mailing Address: ______________________

______________________

Position: ______________________

Employed at: ______________________

G. Defendant: ______________________

Mailing Address: ______________________

______________________

Position: ______________________

Employed at: ______________________

V. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

my rights to be allowed 3 hours of recreation time out of my cell per week have been violated.

VI. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

mayor John schmidt and captain chuck davis are Responsible for my Rights of being allowed to come out of my cell For 3 Hours of Recreation per week being violated. this has been going on every since chuck davis' started working as the captain in charge of this Housing unit

wich was some time around June
chuck davis is the one who tells the
sgt's to tell the officers not to let
me out my cell and in order for a captain
to give his staff orders it must first
be Backed up and signed off by the
major wich is John Schmidt
they are only letting me out my cell on
Tuesdays and Thursdays for only 20 minutes
on each day this is inhumane.
and I have not been giving the chance to have
direct sun light we are supposed to go the
big recreation yard

VII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I want the court to help me file a law suite

against the [illegible] and the jail [illegible]
director

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 0/1 day of 10/21, 2015.

Nay'dor Scott

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 21st day of October, 2015.