IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**NAY'LOR SCOTT, #189115**

    Plaintiff,

vs.                                                    CASE NO. 4:15cv524-WS/CAS

**JOHN SCHMIDT, et al.,**

    Defendants.

_____/

## REPORT AND RECOMMENDATION

    This cause is before me upon referral from the Clerk. In an order filed November 2, 2015, Plaintiff was directed to supplement his motion for leave to proceed in forma pauperis with his inmate bank statement by December 3, 2015. ECF No. 7. Plaintiff was specifically warned that a recommendation would be made that this case would be dismissed if he failed to comply with that order. To date, no response has been received from the Plaintiff.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962).  Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order.  Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989).  Petitioner did not comply with an order or to prosecute this case.  As a result, his petition should be dismissed without prejudice.

Plaintiff shall have a 14-day period after service of this report and recommendation in which to file objections.  This will also afford Plaintiff a final opportunity to show good cause for this failure to respond.  Plaintiff may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice.**

**IN CHAMBERS** at Tallahassee, Florida, on December 10, 2015.


        s/ Charles A. Stampelos
        CHARLES A. STAMPELOS
        UNITED STATES MAGISTRATE JUDGE

## **NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:15cv524-WS/CAS