IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NAY'LOR SCOTT, #189115

    Plaintiff,

v.                                                       4:15cv524-WS

JOHN SCHMIDT, et al.,

    Defendants.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 8) docketed December 10, 2015. The magistrate judge recommends that the plaintiff's case be dismissed without prejudice for failure to prosecute and to comply with an order of the court. The plaintiff's copy of the report and recommendation was returned to the court as "not deliverable as addressed; unable to forward." Doc. 9. The return envelope indicates that the plaintiff was released from custody. He has not provided the court with a current address.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's amended report and recommendation (doc. 8) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED without prejudice for failure to prosecute and for failure to comply with an order of the court.

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this   7th   day of   December  , 2016.


                          s/ William Stafford
                          WILLIAM STAFFORD
                          SENIOR UNITED STATES DISTRICT JUDGE